UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHALONDA P. STALBERTE, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ANDREW M. SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant ) | CAUSE NO. 2:19-CV-382 RLM |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 24]. Accordingly, the court ADOPTS those findings and the recommendation and AFFIRMS the Commissioner's decision remanding to the commissioner. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:    March 30, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court